**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LETITIA HODGES,

      Plaintiff,

v.                                  Case No. 3:23-cv-1113-TJC-PDB

MATTHEW M. TONUZI, et al.,

      Defendants.

## O R D E R

On September 22, 2023, the Court entered an order denying pro se plaintiff's request for emergency relief related to imminent eviction proceedings, questioning whether the Court had jurisdiction, and giving plaintiff an opportunity to amend her complaint (Doc. 3). Plaintiff amended her complaint and filed a motion for temporary restraining order (Docs. 4 & 5). On September 26, 2023, the Court again denied the request for emergency relief, still questioning whether the Court had jurisdiction, and noting the claims were likely barred (Doc. 8). The Court's order directed plaintiff to file a second amended complaint that would explain how the Court had jurisdiction but advised her that if she failed to do so by October 16, 2023, her case would be dismissed without prejudice without further notice.

Plaintiff has not filed anything further. There is no reason to suspect that granting additional time to amend would be anything but futile.

Accordingly, it is hereby

**ORDERED**:

This case is dismissed without prejudice for failure to prosecute. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of December, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Pro se plaintiff

2